# UNITED STATES BANKRUPTCY COURT
### District of New Hampshire

In Re   Courie N. Gayle & Laura E. Gayle            Case No.   07-11627           
(if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2007(db) | $0 | |
| 2006(db) | $0 | |
| 2005(db) | $75,178 | Gross revenues from self-employment as mortgage broker, draw from Courier Mortgage, LLC |
| 2007(jdb) | $0 | |

|  | AMOUNT | SOURCE (if more than one) |
|---|---|---|
| 2006(jdb) | $0 | |
| 2005(jdb) | $2,214 | A Better Way for Seniors |

---

**2.  Income other than from employment or operation of business**

None

☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars. If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|---|---|---|
| 2006(db) | $10,470 | Gross rents received |
| 2005(db) | $56,239 | Gross rents received |

---

**3.  Payments to creditors**

None

☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
|  |  |  |  |

---

None

☐

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Tihare Ahmed Address unknown Nashua, NH 03060 | 6/15,7/13/07 | $2,399,$4,352 | -0- |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc. - ver. 4.2.3-701 - 30257 - PDF-XChange 2.5 DE

---

None

☒ *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☐ a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Wendy Spencer v. Courier Mortgage, LLC, Courie Gayle and Laura Gayle, docket #07-1111D | Claim for damages and rescission with respect to mortgage transaction | Suffolk County Superior Court, Boston, MA | Suit initiated |
| Edward J. Baroody, CPA v. Courie Gayle, docket #SC-07-315 | Collection action | Manchester District Court, Mancheter, NH | Judgment entered agains defendant |

---

None

☒ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and Receiverships**

None
☒

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ☒ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Grenville Clark III<br>Gray, Wendell & Clark, P.C.<br>650 Elm St.<br>Manchester, NH 03101 | | $1,701 |

**10. Other transfers**

None ☒ a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None ☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30257 - PDF-XChange 2.5 DE

**11. Closed financial accounts**

None ☒  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ☒  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ☒  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ☒  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30257 - PDF-XChange 2.5 DE

**15. Prior address of debtor**

None 

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                    NAME USED                    DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None 

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None 

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME           NAME AND ADDRESS           DATE OF           ENVIRONMENTAL
AND ADDRESS         OF GOVERNMENTAL UNIT       NOTICE            LAW

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None 

SITE NAME           NAME AND ADDRESS           DATE OF           ENVIRONMENTAL
AND ADDRESS         OF GOVERNMENTAL UNIT       NOTICE            LAW

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None ⊠

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None ☐

a.     If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Christians Jazz Cafe LLC | 20-5854544 | 494 Elm St. Manchester, NH 03101 | Jazz & wine club | Nov., 2006 - Feb., 2007 (never operated) |
| Legwork Title, LLC | 20-4806543 | 89 South Mast Road Goffstown, NH 03045 | Real estate title and closing services | May, 2006 -- July, 2006 (never operated) |
| Courier Mortgage, LLC | 20-2708956 | 141 Addison Road Goffstown, NH 03045 | Mortgage brokerage services | April, 2005 - present |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None ⊠

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None ☐   a.   List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Edward J. Baroody, CPA<br>1015 Elm St.<br>Manchester, NH 03101 | Spring, 2006 |
| Matt LaRochelle<br>Advanced Taxation<br>Elm St.<br>Manchester, NH 03101 | Summer, 2007 |

None ☐   b.   List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement  of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Edward J. Baroody, CPA | 1015 Elm St.<br>Manchester, NH 03101 | Spring, 2006 |

None ☐   c.   List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Matt LaRochelle | Advanced Taxation<br>Elm St.<br>Manchester, NH 03101 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30257 - PDF-XChange 2.5 DE

Bankruptcy2007 © 1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30257 - PDF-XChange 2.5 DE

None
☐    d.   List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                    DATE
                                                 ISSUED

**20. Inventories**

None
☒    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                                      (Specify cost, market or other basis)

None
☒    b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                              NAME AND ADDRESSES OF CUSTODIAN OF
                                                           INVENTORY RECORDS

**21. Current Partners, Officers, Directors and Shareholders**

None
☒    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS             NATURE OF INTEREST             PERCENTAGE OF INTEREST

None
☒    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                     TITLE                    NATURE AND PERCENTAGE OF
                                                                   STOCK OWNERSHIP

**22. Former partners, officers, directors and shareholders**

None
☒    a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

NAME                                ADDRESS                                DATE OF WITHDRAWAL

None ⊠    b.    If the debtor is a corporation, list all officers, and directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23. Withdrawals from a partnership or distribution by a corporation

None ⊠    If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group

None ⊠    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds

None ⊠    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

\*   \*   \*   \*   \*   \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___August 27, 2007___    Signature of Debtor    /s/ Courie Nathen Gayle

COURIE NATHEN GAYLE

Date ___August 27, 2007___    Signature of Joint Debtor    /s/ Laura Elizabeth Gayle

LAURA ELIZABETH GAYLE

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security No.
(Required by 11 U.S.C. § 110(c).)

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____
Signature of Bankruptcy Petition Preparer

_____
Date

---

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*

___0___ continuation sheets attached

***Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571***

In re  Courie N. Gayle & Laura E. Gayle
_____
**Debtor**

Case No.  07-11627
_____
**(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residence, 141 Addison Rd., Goffstown, NH | Fee simple -- joint tenancy | J | 475,000.00 | 568,997.88 |
| Residence, 101 Mattapan St., Mattapan, MA | Fee simple -- joint tenants | J | 370,000.00 | 381,781.53 |
| Residence, 26 Windsor Blvd., Londonderry, NH | Joint tenancy in fee simple | J | 375,000.00 | 391,821.00 |
| Residence, 42 Brayhill  Rd., Whitefield, NH | Joint tenancy fee simple | J | 210,000.00 | 198,329.50 |
| Residence, 16 Holiday Shore Dr., Dunbarton, NH | Joint tenancy in fee simple | J | 330,000.00 | 338,877.18 |
| Residence, 4 Roberts Road, Rochester, NH | Joint tenancy in fee simple | J | 305,000.00 | 317,323.30 |
| | | Total ➤ | 2,065,000.00 | |

(Report also on Summary of Schedules.)

In re    <u>Courie N. Gayle & Laura E. Gayle</u>        Case No.   <u>07-11627</u>
       **Debtor**                                         **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | | Cash on hand | J | 50.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Citizens Bank of Mass. --- checking account<br>Joint business checking account -- Citizens Bank | W<br>J | 0.00<br>110.40 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | Household goods and furnishings<br>Located at debtor's residence | J | 2,000.00 |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | | Wearing apparel<br>Located at debtor's residence | J | 200.00 |
| 7.   Furs and jewelry. | | Miscellaneous jewelry<br>Located at debtor's residence | J | 1,000.00 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc. - ver. 4.2.3-701 - 30257 - PDF-XChange 2.5 DE

In re  Courie N. Gayle & Laura E. Gayle                    Case No.  07-11627
            **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Courier Mortgage, LLC -- 100% membership interest<br>49% membership interest in Legwork Title, LLC<br>Christians Jazz Cafe LLC -- 100% membership interest | J<br>H<br>H | 0.00<br>0.00<br>0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | Refund of deposit due from Dan Martin & Shaner Homes<br>Owed by Jennifer Chickering on personal loan | J<br>H | 45,000.00<br>1,500.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Mortgage broker's license | H | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Bankruptcy2007 © 1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30257 - PDF-XChange 2.5 DE

**In re**  Courie N. Gayle & Laura E. Gayle                    **Case No.**  07-11627
           **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Chrysler 300<br>Located at debtor's residence | H | 1,500.00 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

          0       continuation sheets attached       Total       $       51,360.40

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

In re   Courie N. Gayle & Laura E. Gayle                           Case No.   07-11627
_____                                           _____
            **Debtor**                                                          **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☑   11 U.S.C. § 522(b)(2)

☐   11 U.S.C. § 522(b)(3)

☐  Check if debtor claims a homestead exemption that exceeds
$136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Residence, 141 Addison Rd., Goffstown, NH | 11 U.S.C. 522(d)(1) | 0.00 | 475,000.00 |
| Cash on hand | 11 U.S.C. 522(d)(5) | 50.00 | 50.00 |
| Citizens Bank of Mass.  --- checking account | 11 U.S.C. 522(d)(5) | 0.00 | 0.00 |
| Household goods and furnishings | 11 U.S.C. 522(d)(3) | 2,000.00 | 2,000.00 |
| Wearing apparel | 11 U.S.C. 522(d)(3) | 200.00 | 200.00 |
| Miscellaneous jewelry | 11 U.S.C. 522(d)(4) | 1,000.00 | 1,000.00 |
| Courier Mortgage, LLC -- 100% membership interest | 11 U.S.C. 522(d)(5) | 0.00 | 0.00 |
| Refund of deposit due from Dan Martin & Shaner Homes | 11 U.S.C. 522(d)(5) | 18,789.60 | 45,000.00 |
| Owed by Jennifer Chickering on personal loan | 11 U.S.C. 522(d)(5) | 1,500.00 | 1,500.00 |
| 1999 Chrysler 300 | 11 U.S.C. 522(d)(2) | 1,500.00 | 1,500.00 |
| Joint business checking account -- Citizens Bank | 11 U.S.C. 522(d)(5) | 110.40 | 110.40 |

**Official Form 6D (10/06)**

In re <u>Courie N. Gayle & Laura E. Gayle</u>,                    Case No. <u>07-11627</u>
                        **Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C §112. If a "minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1115008204<br><br>America's Servicing Company<br>P.O. Box 5106<br>Springfield, OH 45501-5106 | | W | Incurred: June, 2006<br>Lien: 1st & 2nd mortgage<br>Security: 42 Bray Hill Road, Whitefield, NH<br><br>VALUE $        190,000.00 | | | | 198,247.00 | 8,329.50<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO. 4236<br><br>City of Rochester<br>Tax Collector<br>P.O. Box 981096<br>Boston, MA 02298-1096 | X | W | Lien: Real estate tax lien<br>Security: Residence, 4 Roberts Road, Rochester, NH<br><br>VALUE $        215,800.00 | | | | 2,233.30 | 0.00 |
| ACCOUNT NO. 0013779152<br><br>EMC Mortgage Corp.<br>Customer Service Dept.<br>P.O. Box 141358<br>Irving, TX 75014-1358 | | H | Lien: First & second mortgages<br>Security: Residence, 26 Windsor Blvd., Londonderry, NH<br><br>VALUE $        375,000.00 | | | | 385,845.00 | 16,821.00<br>This amount based upon existence of Superior Liens |

<u>  3  </u> continuation sheets attached

Subtotal ▶                                      $   586,325.30    $   25,150.50
(Total of this page)

Total ▶                                              $                     $
(Use only on last page)

(Report total also on         (If applicable, report
Summary of Schedules)      also on Statistical
                                              Summary of Certain
                                              Liabilities and Related
                                              Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30257 - PDF-XChange 2.5 DE

In re <u>Courie N. Gayle & Laura E. Gayle</u>,    Case No. <u>07-11627</u>
                      **Debtor**                                  **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HomEq Correspondence<br>P.O. Box 13716<br>Sacramento, CA 95853-3716 | | J | Lien: First mortgage<br>Security: Residence, 16 Holiday Shore Dr., Dunbarton, NH<br><br>VALUE $ 245,100.00 | | | | 270,293.00 | 27,210.18 This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br><br>HSBC Bank USA, N.A.<br>P.O. Box 9<br>Buffalo, NY 14240 | | W | Lien: First mortgage<br>Security: Residence, Mattapan St., Mattapan, MA<br><br>VALUE $ 370,000.00 | | | | 315,207.00 | 0.00 |
| ACCOUNT NO.<br><br>Litton Loan Servicing, LP<br>4828 Loop Central Dr.<br>Houston, TX 77081-2226 | | J | Lien: 2nd mortgage<br>Security: Residence, 16 Holiday Shore Dr., Dunbarton, NH<br><br>VALUE $ 245,100.00 | | | | 66,567.00 | 66,567.00 This amount based upon existence of Superior Liens |
| ACCOUNT NO. 0080146582<br><br>Ocwen Federal Bank FSB<br>Attn: Floor 5-B<br>P.O. Box 24737<br>West Palm Beach, FL 33416-4737 | | H | Lien: 2nd mortgage<br>Security: 101 Mattapan St., Mattapan, MA<br><br>VALUE $ 370,000.00 | | | | 61,574.53 | 1,781.53 This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br><br>Ocwen Federal Bank FSB<br>Attn: Floor 5-B<br>P.O. Box 24737<br>West Palm Beach, FL 33416-4737 | | J | Lien: 1st mortgage<br>Security: Residence, 4 Roberts Road, Rochester, NH<br><br>VALUE $ 215,800.00 | | | | 258,000.00 | 44,433.30 This amount based upon existence of Superior Liens |

Sheet no. <u>1</u> of <u>3</u> continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                Subtotal ▶    $ 971,641.53    $
(Total of this page)
                                Total ▶    $    $
(Use only on last page)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc. - ver.4.2.3-701 - 30257 - PDF-XChange 2.5 DE

In re <u>Courie N. Gayle & Laura E. Gayle</u>,      Case No. <u>07-11627</u>

     **Debtor**                                                     **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1002257768 <br><br> Specialized Loan Servicing, LLC <br> 8742 Lucent Blvd., Ste. 300 <br> Highlands Ranch, CO 80129 | X | W | Lien: 2nd mortgage <br> Security: 4 Roberts Road, <br> Rochester, NH <br><br> VALUE $       215,800.00 | | | | 52,411.82 | 52,411.82 This amount based upon existence of Superior Liens |
| ACCOUNT NO. 0144835642 <br><br> Sun Trust Mortgage, Inc. <br> P.O. Box 27767 <br> Richmond, VA 23261-7767 | | H | Lien: 2nd mortgage <br> Security: Residence, 141 Addison <br> Rd., Goffstown, NH <br><br> VALUE $       475,000.00 | | | | 163,000.00 | 93,997.88 This amount based upon existence of Superior Liens |
| ACCOUNT NO. 144835642 <br><br> Sun Trust Mortgage, Inc. <br> P.O. Box 27767 <br> Richmond, VA 23261-7767 | | H | Lien: First mortgage <br> Security: Residence, 141 Addison <br> St., Goffstown, NH <br><br> VALUE $       475,000.00 | | | | 400,531.07 | 0.00 |
| ACCOUNT NO. <br><br> Tax Collector <br> Town of Londonderry <br> 268B Mammoth Rd. <br> Londonderry, NH 03503 | | J | Security: Residence, 26 Windsor <br> Blvd., Londonderry, NH <br><br> VALUE $       375,000.00 | | | | 5,000.00 | 0.00 |
| ACCOUNT NO. K10309 <br><br> Town of Dunbarton <br> Tax Collector <br> 1011 School St. <br> Dunbarton, NH 03046 | | W | Lien: Real estate tax lien <br> Security: Residence <br><br> VALUE $       245,100.00 | | | | 2,017.18 | 0.00 |

Sheet no. <u>2</u> of <u>3</u> continuation sheets attached to <br> Schedule of Creditors Holding Secured Claims

                                       Subtotal ► | $ 622,960.07 | $ <br>                                 (Total of this page) <br>                                   Total ► | $ | $ <br>      (Use only on last page)

**Official Form 6D (10/06) – Cont**.

In re <u>Courie N. Gayle & Laura E. Gayle</u>,      Case No. <u>07-11627</u>
       **Debtor**                                                       **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2602<br><br>Town of Goffstown<br>Tax Collector<br>16 Main St.<br>Goffstown, NH 03045 | | J | Incurred: 2006 & 2007<br>Lien: Real estate tax lien<br>Security: Residence, 141 Addison St., Goffstown, NH<br><br>VALUE $ 475,000.00 | | | | 5,466.81 | 0.00 |
| ACCOUNT NO. 006000000774<br><br>Town of Whitefield<br>7 Jefferson Road<br>Whitefield, NH 03584 | | W | Security: Lien for water rates<br><br><br>VALUE $ 190,000.00 | | | | 82.50 | 0.00 |
| ACCOUNT NO.<br><br><br> | | | <br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br>VALUE $ | | | | | |

Sheet no. <u>3</u> of <u>3</u> continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal ➤ | $ 5,549.31 | $ 0.00 |
|---|---|---|---|
| | (Total of this page) | | |
| | Total ➤ | $ 2,186,476.21 | $ 311,552.21 |
| | (Use only on last page) | | |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30257 - PDF-XChange 2.5 DE

In re <u>Courie N. Gayle & Laura E. Gayle</u>,          Case No. <u>07-11627</u>
          <u>Debtor</u>                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child." and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule  Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30257 - PDF-XChange 2.5 DE

**Official Form 6E (4/07) - Cont.**

In re  Courie N. Gayle & Laura E. Gayle                                    ,          Case No. 07-11627
_____                                             _____
              Debtor                                                                          (if known)


☐　　**Certain farmers and fishermen**

　　Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐　　**Deposits by individuals**

　　Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).


☑　　**Taxes and Certain Other Debts Owed to Governmental Units**

　　Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐　　**Commitments to Maintain the Capital of an Insured Depository Institution**

　　Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐　　**Claims for Death or Personal Injury While Debtor Was Intoxicated**

　　Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


　　* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.


Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701  -  30257 - PDF-XChange 2.5 DE


1   **continuation sheets attached**
____

In re ___Courie N. Gayle & Laura E. Gayle_____ ,     Case No. ___07-11627_____
                 Debtor                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)     Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions.*) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2007-969 <br><br> Department of Revenue Administration State of New Hampshire P.O. Box 454 Concord, NH 03302-0454 | | J | Incurred: July 5, 2007 Consideration: Business tax liability for 2006 | | | X | 964.05 | 693.00 | 271.05 |
| ACCOUNT NO. <br><br> Internal Revenue Service Special Procedures Function 195 Commerce Way, Suite B Portsmouth, NH 03801 | X | H | Consideration: Trust fund portion of form 941 payroll taxes of Courier Mortgage, LLC | X | | X | 3,000.00 | 3,000.00 | 0.00 |
| ACCOUNT NO. <br><br> Internal Revenue Service Special Procedures Function 195 Commerce Way, Suite B Portsmouth, NH 03801 | | J | Consideration: Form 1040 income taxes for calendar 2004 - 2006 | | | X | 30,000.00 | 25,000.00 | 5,000.00 |
| ACCOUNT NO. <br><br> | | | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 33,964.05 | $ | $ |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ 33,964.05 | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 28,693.00 | $ 5,271.05 |

In re   Courie N. Gayle & Laura E. Gayle _____,   Case No. _____07-11627_____
       **Debtor**                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>190 Elm St. Realty, LLC<br>179 Elm St.<br>Manchester, NH 03101-2706 | X | | Possible personal liability for debt of Courier Mortgage, LLC | X | | X | 3,200.00 |
| ACCOUNT NO.<br><br>494 Elm Street, LLC<br>33 South Commercial St.<br>Manchester, NH 03101 | | H | Incurred: 4/1/07<br>Consideration: Promissory note | | | | 32,123.17 |
| ACCOUNT NO.  DF2986<br><br>ADP/Total Pay<br>c/o NCO Financial Systems, Inc.<br>1804 Washington Blvd., Mailstop 475<br>Baltimore, MD 21230 | X | | Possible personal laibility for debt of Courier Mortgage, LLC | X | | X | 1,549.85 |
| ACCOUNT NO.  60233-00M<br><br>Ainsworth, Thelin, Chamberlain<br> & Raftice, P.A.<br>P.O. Box 2412<br>South Portland, ME 04116-2412 | | H | Consideration: Legal bill<br>Possible personal liability for debt fo Courier Mortgage, LLC | | | | 584.27 |

     19 ____continuation sheets attached                        Subtotal ➤   $   37,457.29

                                                      Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30257 - PDF-XChange 2.5 DE

**Official Form 6F (10/06) - Cont.**

In re <u>Courie N. Gayle & Laura E. Gayle</u> ,     Case No. <u>07-11627</u>
          **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 371552939612009 <br><br> American Express <br> Suite 0002 <br> Chicago, IL 60679 | | H | Consideration: Credit card for | | | | 5,747.91 |
| ACCOUNT NO. <br><br> Associated Credit Services, Inc. <br> P.O. Box 9100 <br> Hopkington, MA 01748-9100 | | H | Collection agency for Massachusetts Electric Co. | | | | Notice Only |
| ACCOUNT NO. 5708040 <br><br> Associated Credit Services, Inc. <br> P.O. Box 9100 <br> Hopkinton, MA 01748-9100 | | W | Collection agency for Citizens Bank | | | | Notice Only |
| ACCOUNT NO. <br><br> Edward J. Baroody, CPA <br> 1015 Elm St., Ste. 203 <br> manchester, NH 03101 | | | Incurred: May 7, 2007 <br> Consideration: Court judgment | | | | 2,793.88 |
| ACCOUNT NO. 62170420510659 <br><br> Beneficial Customer Service <br> P.O. Box 8633 <br> Elmhurst, IL 60126 | | W | Consideration: Personal loan | | | | 15,598.46 |

Sheet no. <u>1</u> of <u>19</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    24,140.25

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30257 - PDF-XChange 2.5 DE

Official Form 6F (10/06) - Cont.

In re  Courie N. Gayle & Laura E. Gayle                    ,        Case No.  07-11627
_____                            _____
Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 62170406506861 & 621704135069124 <br><br> Beneficial Customer Service <br> P.O. Box 8633 <br> Elmhurst, IL 60126 | | H | Consideration: Personal loans <br> Also account #621704135069124 | | | | 14,021.71 |
| ACCOUNT NO. <br><br> Benuck & Rainey, Inc. <br> 399 US Highway 4, Ste. A <br> Barrington, NH 03825 | | J | Collection agency for Catholic Medical Center | | | | Notice Only |
| ACCOUNT NO. 92010387 <br><br> Better Business Bureau <br> 25 Hall St., Ste. 102 <br> Concord, NH 03301 | X | H | Possible personal liability for debt of Courier Mortgage, LLC | X | | X | 275.00 |
| ACCOUNT NO. 533826000 <br><br> Boston Water & Sewer Commission <br> 980 Harrison Ave. <br> Boston, MA 02119-9117 | | H | Consideration: Water & sewer rates for Mattapan property | | | | 806.44 |
| ACCOUNT NO. 37101492 & 37101423 <br><br> Butler, Robbins & White <br> 5701 Pine Island Road, Ste. 360 <br> Tamarac, FL 33321 | X | H | Possible personal liability for alleged debto f Courier Mortgage, LLC | X | | X | 706.50 |

Sheet no. 2 of 19 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $    15,809.65

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30257 - PDF-XChange 2.5 DE

**Official Form 6F (10/06) - Cont.**

In re  Courie N. Gayle & Laura E. Gayle _____ ,     Case No. ___07-11627_____
           **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4115072649706481 Capital One Services P.O. Box 85015 Richmond, VA 23285-5015 | X | J | Consideration: Credit card | | | | 642.12 |
| ACCOUNT NO.  6019180337911313 CareCredit GE Money Bank P.O. Box 981438 El Paso, TX 79998-1438 | | W | Consideration: Credit card | | | | 1,862.21 |
| ACCOUNT NO.  34804245 Catholic Medical Center 100 McGregor St. Manchester, NH 03102 | | H | Consideration: Hospital bill | | | | 75.00 |
| ACCOUNT NO.  135595 Catholic Medical Center 100 McGregor St. Manchester, NH 03102 | | W | Consideration: Hospital bill | | | | 1,290.50 |
| ACCOUNT NO.  951170574069 CBCS P.O. Box 165025 Columbus, OH 43216-5025 | | H | Collection agency for debt of Christians Jazz Cafe, LLC | X | | X | Notice Only |

Sheet no.  3  of  19  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $    3,869.83

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701  -  30257 - PDF-XChange 2.5 DE

**Official Form 6F (10/06) - Cont.**

In re  Courie N. Gayle & Laura E. Gayle_____,     Case No. __07-11627_____
_____**Debtor**_____                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CBCS 16<br>P.O. Box 164090<br>Columbus, OH 43216-4090 | | H | Collection agency for PSNH on Christian Jazz account | | X | X | Notice Only |
| ACCOUNT NO.  xxxx9580<br><br>Chase Bank USA, N.A.<br>P.O. Box100043<br>Kennesaw, GA 30156-9243 | | H | Consideration: Credit card | | | | 1,839.52 |
| ACCOUNT NO.  1820000008729580<br><br>Circuit City Stores<br>P.O. Box 42370<br>Richmond, VA 23242 | | H | Consideration: Store charge card | | | | 1,839.52 |
| ACCOUNT NO.  0460015606000<br><br>CIT Technology Financing Services<br>c/o McCarthy, Burgess & Wolff<br>26000 Cannon Road<br>Cleveland, OH 44146 | X | | Possible personal liability for debt of Courier Mortgage, LLC | X | | X | 9,144.00 |
| ACCOUNT NO.  6032590297059429<br><br>CitiFinancial<br>11436 Cronhill Dr., Suite H<br>P.O. Box 913<br>Owings Mills, MD  21117-0700 | | W | Consideration: Credit card | | | | 1,381.37 |

Sheet no. __4__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  |  $ | 14,204.41

Total ➤  |  $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30257 - PDF-XChange 2.5 DE

**Official Form 6F (10/06) - Cont.**

In re  Courie N. Gayle & Laura E. Gayle _____,  Case No. __07-11627_____
_____Debtor_____                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 672900940162776 <br><br> CitiFinancial <br> Bankruptcy Dept. <br> P.O. Box 140489 <br> Irving, TX 75014-0489 | | W | Consideration: Credit card | | | | 10,160.96 |
| ACCOUNT NO. 0440000036654745 <br><br> Citizens Bank <br> One Citizens Drive <br> Riverside, RI 02915-3000 | | W | Consideration: Overdraft protection on checking account | | | | 778.00 |
| ACCOUNT NO. 3308756104&3309130101 <br><br> Citizens Bank <br> One Citizens Drive <br> Riverside, RI 02915-3000 | X | H | Possible personal liability on bank overdraft of Courier Mortgage, LLC | X | | X | 1,686.31 |
| ACCOUNT NO. 0303307862903 <br><br> Citizens Bank <br> One Citizens Drive <br> Riverside, RI 02915-3000 | | W | Consideration: Bank charges due | | | | Notice Only |
| ACCOUNT NO. 8773201820097592 <br><br> Comcast <br> P.O. Box 6505 <br> Chelmsford, MA 01824 | X | H | Possible personal liability for debt or Courier Mortgage LLC | X | | X | 313.03 |

Sheet no. _5_ of _19_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 12,938.30

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30257 - PDF-XChange 2.5 DE

In re __Courie N. Gayle & Laura E. Gayle_____ ,      Case No. __07-11627_____
             **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 773201820097592 <br><br> Comcast NNE Entity 314 <br> c/o Credit Management, L.P. <br> 4200 International Parkway <br> Carrollton, TX 75007-1906 | | H | Possible personal liability for debt of Courier Mortgage, LLC | | | | 277.61 |
| ACCOUNT NO. 133856 <br><br> Comcast Spotlight, Inc. <br> c/o Niederman, Stanzel & Lindsey <br> 55 W. Webster St. <br> Manchester, NH 03104 | X | | Possible personal liability for debt of Courier Mortgage, LLC | X | | X | 18,229.25 |
| ACCOUNT NO. 0414633067 <br><br> Computer Credit Inc. <br> P.O. Box 5238 <br> Winston-Salem, NC 27113-5238 | | H | Collection agency for Catholic Medical Center | | | | Notice Only |
| ACCOUNT NO. 9920, 9919, 9918 <br><br> Craig, Deachman & Cowie, PLLC <br> 84 Bay St. <br> Manchester, NH 01304 | | | Consideration: Legal bills | | | | 735.51 |
| ACCOUNT NO. G1010190 <br><br> Dartmouth-Hitchcock Clinic <br> P.O. Box 10547 <br> Bedford, NH 03110 | | W | Consideration: Medical bill | | | | 550.00 |

Sheet no. __6__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $      19,792.37

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30257 - PDF-XChange 2.5 DE

**Official Form 6F (10/06) - Cont.**

In re ___Courie N. Gayle & Laura E. Gayle_____ ,  Case No. ___07-11627_____
               **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6011298642790806 <br><br> Discover Financial Services, Inc. <br> P.O. Box 8003 <br> Hilliard, OH 43026-8003 | | W | Consideration: Credit card | | | | 6,173.64 |
| ACCOUNT NO. <br><br> E-Point, LLC <br> 40 Stark St. <br> Manchester, NH 03101 | X | | Incurred: April 9, 2007 <br> Consideration: Promissory note | | | | 27,493.49 |
| ACCOUNT NO. 5510691 <br><br> Eastern Propane <br> P.O. Box 38 <br> Hudson, NH 03051 | | J | Consideration: Propane gas | | | | 832.88 |
| ACCOUNT NO. <br><br> Edward J. Baroody Certified Public Accountants, PLLC <br> 1015 Elm St., Ste. 203 <br> Manchester, NH 03101 | | | Consideration: Court judgment | | | | 2,793.88 |
| ACCOUNT NO. 11100268 <br><br> Ellie Mae <br> 4140 Dubin Blvd., Ste. 300 <br> Dublin, CA 94568 | X | | Possible personal liability for debto of Courier Mortgage LLC | X | X | | 360.00 |

Sheet no. __7__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    37,653.89

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30257 - PDF-XChange 2.5 DE

**Official Form 6F (10/06) - Cont.**

In re   Courie N. Gayle & Laura E. Gayle                    ,          Case No. ___07-11627_____
          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  296415 <br><br> Elliot Physician Network <br> P.O. Box 9676 <br> Manchester, NH 03108 | | H | Consideration: Medical bill | | | | 60.00 |
| ACCOUNT NO.  296415 <br><br> Elliot Professional Services <br> 1 Elliot Way <br> Manchester, NH 03103 | | | Consideration: Medical bill | | | | 320.00 |
| ACCOUNT NO.  303992 <br><br> FannieMae <br> 6000 Feldwood Road <br> College Park, GA 30349 | | H | Possible personal liability for debt of Courier Moartage, LLC | | | | 205.00 |
| ACCOUNT NO.  322072686 <br><br> FedEx <br> P.O. Box 371461 <br> Pittsburgh, PA 15250-7461 | X | H | Possible personal liability for debt of Courier Mortgage, LLC | X | | X | 13.51 |
| ACCOUNT NO.  7469088001 <br><br> GE Capital Corp. <br> 1961 Hirst Drive <br> Moberly, Missouri 65270 | X | H | Possible personal liability for debt of Courier Mortgage LLC | X | | X | 48,376.53 |

Sheet no. __8__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤      $     48,975.04

Total ➤      $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30257 - PDF-XChange 2.5 DE

**Official Form 6F (10/06) - Cont.**

In re <u>Courie N. Gayle & Laura E. Gayle</u>,      Case No. <u>07-11627</u>
       **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 005431732010000 <br><br> Gragil Associates, Inc. <br> P. O. Box 1010 <br> Pembroke, MA 02359-1010 | | H | Collection agency for Elliort Physicians Network | | | | Notice Only |
| ACCOUNT NO. 0460015606000 <br><br> Graybar Financial Services, LLC <br> Attn: Customer Service <br> P.O. Box 550599 <br> Jacksonville, FL 32255-0599 | X | H | Possible persnal liability for debt of Courier Mortgage, LLC | X | | X | 3,101.28 |
| ACCOUNT NO. 6035320266176096 <br><br> Home Depot <br> P.O. Box 103072 <br> Roswell, GA 30076 | | W | Consideration: Store charge card | | | | 2,689.11 |
| ACCOUNT NO. <br><br> Indymac Bank FSB <br> 888 East Walnut St. <br> Pasedena, CA 91101 | | J | Possilbe servicer for EMC Mortgage | | | X | Notice Only |
| ACCOUNT NO. 2975997 <br><br> Joseph, Mann & Creed <br> 20600 Chagrin Blvd., Ste. 550 <br> Shaker Heights, OH 44122-5340 | X | | Collection agency for National CineMedia | X | | X | Notice Only |

Sheet no. <u>9</u> of <u>19</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

           Subtotal ➤    $     5,790.39

           Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30257 - PDF-XChange 2.5 DE

**Official Form 6F (10/06) - Cont.**

In re ___Courie N. Gayle & Laura E. Gayle_____,     Case No. ___07-11627_____
               **Debtor**                                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 200186931 <br><br> Konica Minolta Business Solutions USA, Inc. P.O. Box 7247-0118 Philadelphia, PA 19170-0118 | X | H | Possible personal liability for debt of Courier Mortgage, LLC | X | X |  | 1,222.15 |
| ACCOUNT NO. 20000000034586098 <br><br> LandSafe, Inc. P.O. Box 650530 Dallas, TX 75265-9407 | X | H | Possible personal liability for debt of Courier Mortgage, LLC | X | X |  | 270.00 |
| ACCOUNT NO. <br><br> Massachusetts Electric Co. 55 Bearfoot Road Northboro, MA 01532-1555 |  | H | Consideration: Utility bill |  |  |  | 96.02 |
| ACCOUNT NO. FF200313076 <br><br> McCarthy, Burgess & Wolff 26000 Cannon Road Cleveland, OH 44146 | X |  | Possible personal liability for debt of Courier Mortgage, LLC | X | X |  | 28,513.77 |
| ACCOUNT NO. <br><br> Media Connex 3 Priscilla Lane Auburn, NH 03032 | X | H | Possible personal liability for debt of Courier Mortgage, LLC | X | X |  | 829.05 |

Sheet no. __10__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                          Subtotal➤    $      30,930.99

                                              Total➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3.701 - 30257 - PDF-XChange 2.5 DE

**Official Form 6F (10/06) - Cont.**

In re <u>Courie N. Gayle & Laura E. Gayle</u> ,     Case No. <u>07-11627</u>
       **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7001872856 <br><br>Mercedes-Benz Financial<br>P.O. Box 685<br>Roanoke, TX 76262 | X | H | Possible personal liability for car lease of Courier Mortgage, LLC | X | | X | 22,608.06 |
| ACCOUNT NO. jm8783 <br><br>John Mokkosian, D. Min.<br>130 Main St., Ste. 204<br>Salem, NH 03079 | | H | Consideration: Medical bill | | | | 1,300.00 |
| ACCOUNT NO. <br><br>Nassau Broadcasting -- Hooksett<br>P.O. Box 14018<br>Lewiston, ME 04243 | X | | Possible personal liability for debt of Courier Moatgage LLC | X | | X | 17,714.00 |
| ACCOUNT NO. <br><br>National CineMedia, LLC<br>9110 Nichols Ave., #200<br>Centennial, CO 80112 | X | | Possible personal liability for debt of Courier Mortgage, LLC | X | | X | 3,610.00 |
| ACCOUNT NO. 076909 <br><br>National Registered Agents, Inc.<br>P.O. Box 927<br>West Windsor, NJ 08550-0927 | X | | Possible personal liability for debt of Courier Moatgage,LLC | X | | X | 159.00 |

Sheet no. <u>11</u> of <u>19</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                      Subtotal ➤   $     45,391.06

                      Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30257 - PDF-XChange 2.5 DE

**Official Form 6F (10/06) - Cont.**

In re <u>Courie N. Gayle & Laura E. Gayle</u>,     Case No. <u>07-11627</u>
               **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NCO Financial Systems, Inc.<br>P.O. Box 13561<br>Philadelphia, PA 19101 | | H | Collection agency for American Express | | | | Notice Only |
| ACCOUNT NO.<br><br>Network PTS, Inc.<br>P.O. Box 4218<br>San Leandro, CA 94579 | X | | Possible personal liability for debt of Courier Mortgage, LLC | X | | X | 11.27 |
| ACCOUNT NO.<br><br>New Hampshire Department of Employment Security<br>32 S. Main St.<br>Concord, NH 03301 | X | H | See possible claim of Debra M. Purdy | X | | X | Notice Only |
| ACCOUNT NO. 2284465<br><br>NH Electric Cooperative<br>579 Tenney Mountain Highway<br>Plymouth, NH 03264 | | H | Consideration: Utility bill | | | | 488.90 |
| ACCOUNT NO. 6011568404507758<br><br>Office Depot Credit Plan<br>P.O. Box 689020<br>Des Moines, IA 50368-9020 | X | W | Consideration: Store charge card<br>Possible personal liability on debt of Courier Mortgage, LLC | X | | X | 4,016.87 |

Sheet no. <u>12</u> of <u>19</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                        Subtotal ➤   $       4,517.04

                            Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701  -  30257 - PDF-XChange 2.5 DE

**Official Form 6F (10/06) - Cont.**

In re ___Courie N. Gayle & Laura E. Gayle_____ ,     Case No. __07-11627_____
          **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1740276 <br><br> One Communications <br> 2150 Holmgren Way <br> Green Bay, WI 54304 | X | H | Possible personal liability for debt of Courier Mortgage, LLC | X | | X | 36,531.09 |
| ACCOUNT NO. 210051 <br><br> Pawnee Leasing Corp. <br> 700 Centre Ave. <br> Fort Collins, CO 80526 | | | Possible personal liability for debt of Courier Mortgage, LLC | | | | 847.24 |
| ACCOUNT NO. 401021506 <br><br> Pizzimenti & Immen <br> 6 Chapel St. <br> Concord, NH 03301-4303 | | H | Collection attorneys for St. Mary's Bank | | | | Notice Only |
| ACCOUNT NO. 0423313675 <br><br> Poland Spring <br> P.O. Box 856192 <br> Louisville, KY 40285-6192 | X | H | Possible personal liabiity for debt of Courier Mortgage, LLC | X | | X | 412.26 |
| ACCOUNT NO. 155774700 <br><br> Poster Compliance <br> c/o Great Western Collection Bureau <br> P.O. Box 191910 <br> San Francisco, CA 94119-1919 | X | W | Possible personal liability for debt of Courier Mortgage, LLC | X | | X | 151.36 |

Sheet no. _13_ of _19_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 37,941.95

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30257 - PDF-XChange 2.5 DE

**Official Form 6F (10/06) - Cont.**

In re ___Courie N. Gayle & Laura E. Gayle_____ ,    Case No. ___07-11627_____

                  **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 70021858785 <br><br> Pre-Paid Legal Services, Inc. <br> One Pre-Paid Way <br> Ada, OK 74820 | | H | Consideration: Premiums | | | | 119.40 |
| ACCOUNT NO. <br><br> PRM-RGM, LLC <br> 40 Stark St. <br> Manchester, NH 03101 | X | | Incurred: April 9, 2007 <br> Consideration: Promissory note | | | | 56,457.32 |
| ACCOUNT NO. 230206719159 <br><br> Public Service of New Hampshire <br> P.O. Box 330 <br> Manchester, NH 03105-0360 | | H | Consideration: Utility bill | | | | 7.96 |
| ACCOUNT NO. 11440057518 <br><br> Public Service of New Hampshire <br> P.O. Box 330 <br> Manchester, NH 03105-0360 | X | | Consideration: Utility bill <br> Also account # 114406486399 | | | | 581.40 |
| ACCOUNT NO. 11280320026 <br><br> Public Service of New Hampshire <br> P.O. Box 330 <br> Manchester, NH 03105-0360 | | J | Consideration: Utility bill | | | | 517.48 |

Sheet no. _14_ of _19_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     57,683.56

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701  -  30257 - PDF-XChange 2.5 DE

**Official Form 6F (10/06) - Cont.**

In re <u>Courie N. Gayle & Laura E. Gayle</u> ,     Case No. <u>07-11627</u>
       **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 951170574069 <br><br> Public Service of New Hampshire <br> P.O. Box 330 <br> Manchester, NH 03105-0360 | | H | Possible personal liability for debt of Christian Jazz, LLC | X | | X | 1,439.65 |
| ACCOUNT NO. 11510036020 <br><br> Public Service of New Hampshire <br> P.O. Box 330 <br> Manchester, NH 03105-0360 | | H | Possible personal liability for debt of Christians Jazz Cafe LLC | X | | X | 1,439.65 |
| ACCOUNT NO. 11440648639 <br><br> Public Service of New Hampshire <br> P.O. Box 330 <br> Manchester, NH 03105-0360 | X | H | Possible personal liability for debt of Courier Mortgage LLC | X | | X | 356.34 |
| ACCOUNT NO. <br><br> Debra M. Purdy <br> c/o NH Dept. of Employment Security <br> 32 S. Main St. <br> Concord, NH 03301 | X | H | Possible personal liability for unemployment compensation benefits possibly due from Courier Mortgage, LLC | X | X | X | Unknown |
| ACCOUNT NO. 106143 <br><br> Seeuhome <br> 15 Massabesic Dr. <br> Auburn, NH 03032 | X | H | Possible personal liability for debt of Courier Mortgage, LLC | X | | X | 83.40 |

Sheet no. <u>15</u> of <u>19</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                 Subtotal➤   $         3,319.04

                                     Total➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30257 - PDF-XChange 2.5 DE

**Official Form 6F (10/06) - Cont.**

In re  Courie N. Gayle & Laura E. Gayle                    ,        Case No.  07-11627
_____                                 _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Wendy Spencer <br> 101 Mattapan St. <br> Mattapan, MA 02126 | X | J | Consideration: Litigated claim | | X | X | 111,000.00 |
| ACCOUNT NO. 002147331050082 <br><br> St. Mary's Bank <br> 200 McGregor St. <br> Manchester, NH 03102 | | H | Consideration: Credit card | | | | 9,663.12 |
| ACCOUNT NO. 29BS78341 <br><br> State Farm Insureance Cos. <br> Insurance Support Center <br> P.O. Box 588002 <br> North Metro, GA 30029-8002 | | J | Consideration: Homeowners' insurance premium | | | | 29.99 |
| ACCOUNT NO. <br><br> State of New Hampshire <br> Banking Department <br> 64B Old Suncook Road <br> Concord, NH 03301 | X | H | Possible personal liability for civil penalty imposed on Courier Mortgage, LLC | X | | X | 2,000.00 |
| ACCOUNT NO. 002121379010005 <br><br> Stephens Business Service <br> Commercial Division <br> 92 Bolt St., Ste. 1 <br> Lowell, MA 01852-5316 | X | H | Collection agency for Union Leader Corp. | X | | X | Notice Only |

Sheet no. _16_ of _19_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 122,693.11

Total➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc.; ver. 4.2.3-701 - 30257 - PDF-XChange 2.5.DE

**Official Form 6F (10/06) - Cont.**

In re ___Courie N. Gayle & Laura E. Gayle_____,  Case No. ___07-11627_____
        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Stephens Business Service<br>P.O. Box 1233<br>Lowell, MA 01853 | | | Collection agency for St. Mary's Bank | | | | Notice Only |
| ACCOUNT NO. 7005441<br><br>Talx Corporation<br>4076 Paysphere Circle<br>Chicago, IL 60674 | | H | Possible personal liability for debt of Courier Mortgage LLC | | | | 12.00 |
| ACCOUNT NO. 040087W<br><br>The Brasco & Sons Memorial Chapels, Inc.<br>325 Trapelo Road<br>Belmont, MA 02478 | | W | Incurred: May, 2004<br>Balance allegedly due for funeral services | | | X | 4,638.70 |
| ACCOUNT NO. 84341-000058934L<br><br>Transworld Systems, Inc.<br>P.O. Box 1864<br>Santa Rosa, CA 95402 | | W | Collection agency for Trugreen Chemlawn | | | | Notice Only |
| ACCOUNT NO. 58934L<br><br>Trugreen Chemlawn<br>15 Delta Dr.<br>Londonderry, NH 03053 | | W | Consideration: Lawn care bill | | | | 350.00 |

Sheet no. __17__ of _19__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  5,000.70

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30257 - PDF-XChange 2.5 DE

**Official Form 6F (10/06) - Cont.**

In re <u>Courie N. Gayle & Laura E. Gayle</u>, Case No. <u>07-11627</u>
            Debtor                                             (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 16499 <br><br> Union Leader Corp. <br> P.O. Box 6605 <br> Manchester, NH 03108-6605 | X | H | Possible personal liiability for debt of Courier Mortgage, LLC | X | | X | 2,054.90 |
| ACCOUNT NO. 60349739603660042 <br><br> Verizon <br> 6th Floor -- One Green St. <br> Providence, RI 02903 | X | W | Possible personal liability for debt of Courier Mortgage LLC | X | | X | 403.23 |
| ACCOUNT NO. 000633745B <br><br> Weight Watchers North America, Inc. <br> 300 Jericho Quadrangle, Ste. 350 <br> Jericho, NY 11753 | | W | Consideration: Store charge card | | | | 119.85 |
| ACCOUNT NO. 1582903 <br><br> WGBH <br> 125 Western Ave. <br> Boston, MA 02134 | | H | Consideration: Pledge of donation | | | X | 170.00 |
| ACCOUNT NO. 10904 <br><br> WMLL-FM <br> 500 Commercial St. <br> Manchester, NH 03101 | X | | Possible personal liability for debt of Courier Mortgage | X | | X | 600.00 |

Sheet no. <u>18</u> of <u>19</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $     3,347.98

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30257 - PDF-XChange 2.5 DE

**Official Form 6F (10/06) - Cont.**

In re <u>Courie N. Gayle & Laura E. Gayle</u> ,      Case No. <u>07-11627</u>

            **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 30357 <br><br> WZID-FM <br> 500 Commercial St. <br> Manchester, NH 03101 | X | | Possible personal liability for debt of Courier Mortgage | X | | X | 4,510.00 |
| ACCOUNT NO. <br><br> Zwicker & Associates, P.C. <br> 80 Minuteman Road <br> Andover, MA 01810-1031 | | H | Collection agency for American Express | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _19_ of _19_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                          Subtotal➤   $     4,510.00

                               Total➤   $     535,966.85

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30257 - PDF-XChange 2.5 DE

07-11627

In re   Courie N. Gayle & Laura E. Gayle                              Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child." and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

☑   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30257 - PDF-XChange 2.5 DE

In re    Courie N. Gayle & Laura E. Gayle        Case No.    07-11627
                  **Debtor**                                        **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Courier Mortgage, LLC<br>141 Addison Road<br>Goffstown, NH 03045 | Various, as checked under "Co-debtor" in Schedules E and F. |
| William Crowell<br>141 Addison Road<br>Goffstown, NH 03045 | City of Rochester<br>Tax Collector<br>P.O. Box 981096<br>Boston, MA 02298-1096 |
| " | Specialized Loan Servicing, LLC<br>8742 Lucent Blvd., Ste. 300<br>Highlands Ranch, CO 80129 |

In re ___Courie N. Gayle & Laura E. Gayle___  Case ___07-11627___

**Debtor**  **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): daughter, daughter, son | AGE(S): 11, 5, 3 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Mortgage broker | Cashier |
| Name of Employer | Courier Mortgage, LLC | Panera Bread |
| How long employed | 2 years | 1 week |
| Address of Employer | 141 Addison Rd. | Colby Road |
| | Goffstown, NH 03045 | Bedford, NH 03110 |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Current monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ 0.00 |
| 2. | Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3. | SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| | b. Insurance | $ 0.00 | $ 0.00 |
| | c. Union Dues | $ 0.00 | $ 0.00 |
| | d. Other (Specify:_____) | $ 0.00 | $ 0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 3,333.00 | $ 0.00 |
| 8. | Income from real property | $ 0.00 | $ 0.00 |
| 9. | Interest and dividends | $ 0.00 | $ 0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. | Social security or other government assistance ( Specify) _____ | $ 0.00 | $ 0.00 |
| 12. | Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. | Other monthly income __(S)Baby sitting income__ (Specify) _____ | $ 0.00 / $ 0.00 | $ 650.00 / $ 0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 3,333.00 | $ 650.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 3,333.00 | $ 650.00 |
| 16. | COMBINED AVERAGE MONTHLY INCOME (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15.) | $ 3,983.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

___None___

Bankruptcy2007 ©1991-2007, New Hope Software, Inc. - ver. 4.2.3-701 - 30257 - PDF-XChange 2.5 DE

In re ___Courie N. Gayle & Laura E. Gayle_____     Case No. ___07-11627_____
                              **Debtor**                                              **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,550.00 |
|    a. Are real estate taxes included?   Yes ✓  No _____ | |
|    b. Is property insurance included?   Yes ✓  No _____ | |
| 2. Utilities: a. Electricity and heating fuel | $ 300.00 |
|      b. Water and sewer | $ 100.00 |
|      c. Telephone | $ 50.00 |
|      d. Other _____ | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ 50.00 |
| 4. Food | $ 400.00 |
| 5. Clothing | $ 200.00 |
| 6. Laundry and dry cleaning | $ 50.00 |
| 7. Medical and dental expenses | $ 0.00 |
| 8. Transportation (not including car payments) | $ 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| 10. Charitable contributions | $ 200.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|      a. Homeowner's or renter's | $ 0.00 |
|      b. Life | $ 50.00 |
|      c. Health | $ 0.00 |
|      d. Auto | $ 0.00 |
|      e. Other _____ | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) _____ | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|      a. Auto | $ 0.00 |
|      b. Other _____ | $ 0.00 |
|      c. Other _____ | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 200.00 |
| 17. Other _____ | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ 3,550.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

None _____
_____
_____

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I  (Includes spouse income of $650.00. See Schedule I) | $ 3,983.00 |
|    b. Average monthly expenses from Line 18 above | $ 3,550.00 |
|    c. Monthly net income (a. minus b.)   (Net includes Debtor/Spouse combined Amounts) | $ 433.00 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc. - ver 4.2.3-701 - 30257 - PDF-XChange 2.5 DE

In re  Courie N. Gayle & Laura E. Gayle                    Case No.  07-11627
_____              _____
           **Debtor**                                           **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___38___ sheets *(total shown on summary page plus 2)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  August 27, 2007                          Signature:  /s/ Courie Nathen Gayle
_____                              _____
                                                            **Debtor:**

Date  August 27, 2007                          Signature:  /s/ Laura Elizabeth Gayle
_____                              _____
                                                     **(Joint Debtor, if any)**

                                              **[If joint case, both spouses must sign.]**

-----------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                Social Security No.
of Bankruptcy Petition Preparer                     *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
    Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this documen, unless the bankruptcy petition preparer is not an individualt:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-----------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 2),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____

                                                 _____
                                              [Print or type name of individual signing on behalf of debtor.]

-----------------------------------------------------------------------------------------
*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**Form B8 (Official Form 8)**
**(10/05)**

# UNITED STATES BANKRUPTCY COURT
## District of New Hampshire

In re    Courie N. Gayle & Laura E. Gayle     ,      Case No.    07-11627

         Debtor                               Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*[Check each applicable box]*

☑    We have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐    We have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☑    We intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be Reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| Residence, 141 Addison Rd., ... | Sun Trust Mortgage, Inc. | ✓ | ✓ | | |
| Residence, 141 Addison Rd., ... | Town of Goffstown | ✓ | ✓ | | |
| Residence, 141 Addison Rd., ... | Sun Trust Mortgaqge, Inc. | ✓ | ✓ | | |
| Residence, 101 Mattapan St., ... | America's Servicing Comp... | ✓ | | | |
| Residence, 101 Mattapan St., ... | Ocwen Federal Bank FSB | ✓ | | | |
| Residence, 26 Windsor Blvd., ... | EMC Mortgage Corp. | ✓ | | | |
| Residence, 26 Windsor Blvd., ... | EMC Mortgage Corp. | ✓ | | | |
| Residence, 26 Windsor Blvd., ... | Tax Collector | ✓ | | | |
| Residence, 42 Brayhill Rd., ... | America's Servicing Comp... | ✓ | | | |
| Residence, 42 Brayhill Rd., ... | America's Servicing Comp... | ✓ | | | |
| Residence, 16 Holiday Shore ... | HomeQ Servicing | ✓ | | | |
| Residence, 16 Holiday Shore ... | Litton Loan Servicing, LP | ✓ | | | |
| Residence, 16 Holiday Shore ... | Town of Dunbarton | ✓ | | | |
| Residence, 4 Roberts Road, R... | Ocwen Federal Bank FSB | ✓ | | | |
| Residence, 4 Roberts Road, R... | Specialized Loan Servicin... | ✓ | | | |
| Residence, 4 Roberts Road, R... | City of Rochester | ✓ | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| NONE | | |

Date:    August 27, 2007          /s/ Courie Nathen Gayle

                                       Signature of Debtor      COURIE NATHEN GAYLE

Date:    August 27, 2007          /s/ Laura Elizabeth Gayle

                                       Signature of Joint Debtor      LAURA ELIZABETH GAYLE

Bankruptcy2007 © 1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30257 - PDF-XChange 2.5 DE

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
## (CONTINUATION SHEET - Joint)

In re ___Courie N. Gayle & Laura E. Gayle_____ ,   Case No.___07-11627_____

Debtor                                                         Chapter 7

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____        _____

Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.  (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal responsible person or partner who signs this document.*

_____

_____

Address

X_____        _____

Signature of Bankruptcy Petition Preparer                      Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110;  18 U.S.C. §156.*

# United States Bankruptcy Court
### District of New Hampshire

In re  Courie N. Gayle & Laura E. Gayle

Case No. _____07-11627_____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s)
     and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services
     rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

     For legal services, I have agreed to accept .......................................................... $ ____1,701.00____

     Prior to the filing of this statement I have received ........……………............ $ _____0.00_____

     Balance Due ....................................…………………………………................. $ ____1,701.00____

2.   The source of compensation paid to me was:

     ☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

     ☑ Debtor          ☐ Other (specify)

4.   ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and
     associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates
     of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

In a chapter 13 case, the debtor(s) specifically authorize the attorney to deposit into the attorney's firm trust account any refund of
plan payments and/or other funds received from the chapter 13 trustee, and to pay from such refund any amounts due for legal fees
and expenses incurred in excess of the amounts paid by the debtor(s).

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:
Representation of the debtor(s) in any contested or adversary matters, including (a) claims that the debtor(s) should be denied a
discharge of all debts, or be denied a discharge as to a particular debt, (b) negotiation, preparation and filing of reaffirmation
agreements, (c) filing and prosecuting motions to avoid liens under section 522(f) of the Bankruptcy Code, (d) representing the
debtor in connection with objections to the debtor(s)' exemption claims, and (e) filing and prosecuting objections of the debtor to
motions for relief from the automatic stay.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the
debtor(s) in the bankruptcy proceeding.

_____August 27, 2007_____          _____/s/ Grenville Clark III_____
*Date*                                          *Signature of Attorney*

                                             _____Gray, Wendell & Clark, P.C._____
                                                        *Name of law firm*

# United States Bankruptcy Court
### District of New Hampshire

In re    Courie N. Gayle & Laura E. Gayle

_____

Debtor

Case No.    07-11627 _____

Chapter    7 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 2,065,000.00 | | |
| B – Personal Property | YES | 3 | $ 51,360.40 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 4 | | $ 2,186,476.21 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 33,964.05 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 20 | | $ 535,966.85 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 3,983.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 3,550.00 |
| **TOTAL** | | 36 | $ 2,116,360.40 | $ 2,756,407.11 | |

Bankruptcy2007 © 1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30257 - PDF-XChange 2.5 DE

# United States Bankruptcy Court
## District of New Hampshire

In re    Courie N. Gayle & Laura E. Gayle        Case No.    07-11627

                        Debtor

                                                            Chapter     7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $    N.A. |
| Average Expenses (from Schedule J, Line 18) | $    N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR** Form 22C Line 20 ) | $    N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   N.A. |
| 4. Total from Schedule F | | $   N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   N.A. |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc. - ver. 4.2.3-701 - 30257 - PDF-XChange 2.5 DE

# FORM 6. SCHEDULES

Summary of Schedules

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.